**Signed: May 14, 2007**



_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                    No. 06-41626 T
                                         Chapter 11
CORNELL OF CALIFORNIA, NC.,

         Debtor.
_____/

**MEMORANDUM RE CHAPTER 11 PLAN DATED MAY 15, 2007**

    The Court has reviewed the Debtor's Chapter 11 Plan, Dated May 15, 2007. It has concluded that the Plan cannot be confirmed and that, under the facts revealed in the Plan, it is unlikely that the primary obstacle to confirmation is capable of being removed. The primary obstacle is that it appears that the Debtor will be unable to pay the administrative expenses in full. A chapter 11 plan may not be confirmed unless it provides for payment in full of the administrative expenses on the effective date unless the holder of the expense agrees to a less favorable treatment. It is unlikely that the Debtor will be able to obtain the consent of the various administrative expense holders to receive nothing under the Plan.

    The Plan is also nonconfirmable in that it proposes to pay some administrative expenses but not others. All administrative expenses

have an equal right to payment.  If a pro rata payment were permissible, this obstacle could be remedied by a modification of the Plan.  However, as noted in the preceding paragraph, it is not.  The continued hearing on the Order to Show Cause re Conversion or Dismissal is scheduled for June 28, 2007.  Absent some unanticipated change in the Debtor's circumstances, the Court contemplates converting the case to chapter 7 on that date.

END OF DOCUMENT

2

```
 1                          COURT SERVICE LIST
 2    Lawrence L. Szabo
      3608 Grand Ave.
 3    Oakland, CA94610
 4
 5
...
26
```